

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2015

No. 04-15-00357-CR

In re **GAMBLING DEVICES AND PROCEEDS**,
Appellant

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVK001558 D3
Honorable Rebecca R. Palomo, Judge Presiding

# O R D E R

     The appellant has filed a motion for the entry of a stay. The appellee is ORDERED to file a written response to the motion no later than ten days from the date of this order.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court